**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7298**

MARVIN GAYE ROBINSON,

             Plaintiff – Appellant,

        v.

G. M. HINKLE, Chief Warden; T. MILLS, C/O Security; HITCH,
C/O Security; BANKS, Sergeant; B. HAIRSTON, C/O Security;
ROBIN HULBERT, Director Mental Health; GENE M. JOHNSON,
Director Department of Corrections,

             Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Liam O'Grady, District
Judge.  (1:10-cv-00550-LO-TRJ)

Submitted:  January 13, 2011        Decided:  January 20, 2011

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marvin Gaye Robinson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marvin Gaye Robinson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Robinson v. Hinkle, No. 1:10-cv-00550-LO-TRJ (E.D. Va. filed July 27, 2010 & entered July 28, 2010). We deny Robinson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED